FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLUMBIA RIVERKEEPER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants. | No. 4:21-CV-05152-SAB;<br>4:22-CV-05056-SAB<br><br>**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** |

    Before the Court is the parties' Joint Motion to Consolidate Two Related Cases, ECF No. 19. The motion was considered without oral argument. Plaintiff is represented by Brian Knutsen, Emma Bruden, and Miles Johnson. Defendants are represented by Jeffrey Hammons and Mark Nitczynski.

    The parties request that the Court formally consolidate two related cases pending before this Court: the above-captioned matter, Case No. 4:21-CV-05152-SAB, and Case No. 4:22-CV-05056-SAB. The Court finds good cause to grant the motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Consolidate Two Related Cases, ECF No. 19, is **GRANTED**.

2. The District Court Clerk **shall** consolidate Case No. 4:22-CV-05056-SAB into Case No. 4:21-CV-05152-SAB.

3. The District Court Clerk **shall** close Case No. 4:22-CV-05056-SAB.

4. The parties shall submit all further filings in Case No. 4:21-CV-05152-SAB.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order and provide copies to counsel.

**DATED** this 10th day of May 2022.



                    Stanley A. Bastian
                United States District Judge

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE** # 2